UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. Action No: 3:07-76 (MLC) |
| | : | |
| vs.. | : | O R D E R |
| | : | |
| Whiteford, et al., | : | |
| | : | |
| Defendant(s), | : | |

Pursuant to the Provisions of 28:1871 as amended, the jurors in this matter are entitled to the per diem rate of $50.00 for extended service as of their thirty-first day of service effective November 7, 2008.

_Nov. 10, 2008_
Date

_Mary L. Cooper_
Mary L. Cooper
United States District Judge